1014

[No. 72044-9-I.   Division One.   January 19, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. BRADLEY AARON BARTLETT, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 14-1-00415-4, Joseph P. Wilson, J., entered May 13, 2014. *Remanded with instructions* by unpublished per curiam opinion.

[No. 72332-4-I.   Division One.   January 19, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. RICKY LEE LEWIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-10093-9, Helen Halpert, J., entered June 27, 2014. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Appelwick and Lau, JJ.

[No. 72452-5-I.   Division One.   January 19, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. CESAR RAMOS-AVILA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-03526-4, Richard McDermott, J., entered September 9, 2014. *Affirmed* by unpublished opinion per Leach, J., concurred in by Cox and Appelwick, JJ.

[No. 72454-1-1.   Division One.   January 19, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. TRAVIS LEAR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-01293-2, Chad Allred, J., entered September 12, 2014. *Affirmed* by unpublished opinion per Verellen, A.C.J., concurred in by Schindler and Trickey, JJ.